In the Matter of JOSEPH DERMODY et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Defendants. LOUIS J. HOLLANDER et al., Respondents.

Submitted October 24, 1941; decided October 24, 1941.

*Victor Rabinowitz* for appellants.

*Israel Convisser* for respondents.

Appeal dismissed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.